Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>NAMROUD INVESTMENT, LLC, et al.,<br><br>    Defendants. | No. 1:14-cv-01198---SAB<br><br>**PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

   WHEREAS, a Mandatory Scheduling Conference is currently scheduled in this matter for November 4, 2014;

   WHEREAS, a clerk's default was entered on October 24, 2014 against defendant, Mam Oil, Inc. dba Arco am/pm #82423 (Dkt. 9);

   WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), has been unable to effect service of process to date on the remaining defendant, Namroud Investment, LLC ("Namroud");

WHEREAS, Plaintiff is diligently attempting to effect service on Namroud, as more particularly set forth in the supporting declaration of Tanya E. Moore filed herewith, and if unable to serve Namroud within the next four weeks will bring a motion for an order permitting service of Namroud by publication;

NOW, THEREFORE, Plaintiff respectfully requests a continuance of the Mandatory Scheduling Conference to a date on or after January 6, 2015 at the court's convenience, in order to allow Plaintiff to effect service on Namroud or bring a motion for an order permitting service on Namroud by publication, to allow Namroud to appear in the action, and to allow the parties to meet and confer in advance of the scheduling conference.

Dated: October 28, 2014                         MOORE LAW FIRM, P.C.


                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Ronald Moore


**ORDER**

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for November 4, 2014 be continued to January 20, 2015 at 3:00 p.m. before Magistrate Judge Stanley A. Boone in Courtroom 9 of the above-entitled Court. All other requirements set forth in the Court's Order Setting Mandatory Scheduling Conference (Dkt. 4) shall remain unchanged.

IT IS SO ORDERED.

Dated:  **October 29, 2014**                    _____
                                                UNITED STATES MAGISTRATE JUDGE