Thomas P. Bleau, Esq., SBN 152945
Megan A. Childress, Esq., SBN 266926
BLEAU FOX, A P.L.C.
3575 Cahuenga Blvd. West, Suite 580
Los Angeles, California 90068
Telephone:    (323) 874-8613
Facsimile:     (323) 874-1234
E-mail:          tbleau@bleaufox.com
                    mchildress@bleaufox.com

Attorneys for Defendants,
Namroud Investment, LLC and
Mam Oil, Inc., dba Arco am/pm #82423

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NAMROUD INVESTMENT, LLC; MAM OIL, INC., dba ARCO AM/PM #82423;<br><br>　　　　　Defendants. | No.  14-CV-01198---SAB<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT ENTERED AGAINST DEFENDANT MAM OIL, INC., DBA ARCO AM/PM #82423** |

This stipulation is made with reference to the following facts:

1.   The Clerk of the Court entered a default of Defendant Mam Oil, Inc., dba Arco am/pm #82423 ("Mam Oil") on October 24, 2014 (Docket No. 9).

2.   Mam Oil alleges that it has good and sufficient grounds to set aside the default and therefore has requested that Plaintiff Ronald Moore ("Plaintiff") not oppose its application to set aside the entry of default.

3. Plaintiff does not oppose Mam Oil's request to set aside the entry of default on the condition that Mam Oil file an answer to the complaint within ten (10) days of the Court's order on this Stipulation.

WHEREFORE, the parties to this action, by and through their respective counsel, subject to approval by the Court, stipulate as follows:

A. The default entered against Mam Oil on October 24, 2014 (Docket No. 9) be set aside.

B. Mam Oil shall file its answer to the complaint within ten (10) days of the date of entry of an order approving this Stipulation.

IT IS SO STIPULATED.

Dated: November 4, 2014          **MOORE LAW FIRM, P.C.**

                                 BY:  /s/ TANYA E. MOORE
                                      Tanya E. Moore
                                      Attorneys for Plaintiff,
                                      RONALD MOORE

Dated: November 4, 2014          **BLEAU FOX, A P.L.C.**

                                 By:  /s/ Megan A. Childress
                                      Thomas P. Bleau, Esq.
                                      Megan A. Childress, Esq.
                                      Attorneys for Defendant,
                                      MAM OIL, INC., dba ARCO AM/PM #82423

**Signature Attestation**

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

                                 By:  /s/ Megan A. Childress
                                      Megan A. Childress

1

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, the Clerk's Entry of Default against Defendant Mam Oil, Inc., dba Arco am/pm #82423 is VACATED.  Mam Oil, Inc. shall file an Answer to Plaintiff's Complaint within ten (10) days of the date of this Order.

IT IS SO ORDERED.

Dated:   **November 5, 2014**

_____
UNITED STATES MAGISTRATE JUDGE