# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>NAMROUD INVESTMENT, LLC, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01198---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: FEBRUARY 11, 2015 |

On January 17, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file dispositional documents on or before February 11, 2015; and

3. The Clerk of the Court is directed to assign this action to a Fresno district judge.

IT IS SO ORDERED.

Dated:   **January 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1