1 | Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
    332 North Second Street
    San Jose, California  95112
3 | Telephone (408) 298-2000
    Facsimile (408) 298-6046
4 | Email:  tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
    Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-01198---SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| NAMROUD INVESTMENT, LLC, et al., | |
| Defendants. | |

1     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Namroud Investment, LLC, and Mam Oil, Inc., dba Arco am/pm #82423, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 13, 2015                   MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Ronald Moore

Date: January 13, 2015                   BLEAU FOX, A P.L.C.

                                           */s/ Megan A. Childress*
                                           Megan A. Childress
                                           Attorneys for Defendants
                                           Namroud Investment, LLC, and Mam Oil, Inc., dba
                                           Arco am/pm #82423

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**SO ORDERED**
**Dated: January 15, 2015**

                                           **/s/ Lawrence J. O'Neill**
                                           **United States District Judge**